**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV  89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF NEVADA,          ) | Case No: 2:19-cr-0133-APG-VCF |
| Plaintiff,          ) | |
| ) | |
| vs.          ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE SENTENCING** |
| ) | **HEARING (First Request)** |
| MIRIAM ELIZABETH SUAREZ-          ) | |
| CONTRERAS (1), aka "Ella" aka "Liz",          ) | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and; Richard E. Tanasi, Esq., counsel for Defendant Miriam Elizabeth Suarez- Contreras (1); that the **Sentencing Hearing** in the above-captioned matter, now scheduled for *September 21, 2022 at the hour of 10:30 a.m*., be vacated and continued to a time convenient for the Court *after December 7, 2022*.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1.       All defendants have not yet entered a guilty plea, which is a factor in Ms. Suarez's potential sentence in this case given the group plea contemplated in her guilty plea agreement.

- 1-

**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

2.      Defense counsel needs more to prepare Presentence Report Objections, the sentencing memorandum, and for sentencing given the need to translate relevant communications from English to Spanish.

2.      Defense Counsel is preparing for a trial likely to last from September 26, 2022 to November 4, 2022 in *United States v. Castro, et al 2:19-cr-295-GMN-NJK*.

2.      Ms. Suarez is in custody and does not object to this continuance.

4.      The additional time requested herein is not sought for purposes of delay.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing for date convenient to the Court, after ***December 7, 2022.***

DATED this 27th day of August 2022.

| | |
|---|---|
| */s/ Melanee Smith* | */s/ Richard Tanasi* |
| Melanee Smith | Richard E. Tanasi, Esq. |
| 501 Las Vegas Blvd., South | 8716 Spanish Ridge Avenue, Ste. 105 |
| Suite 100 | Las Vegas, NV 89148 |
| Las Vegas, NV 89101 | rtanasi@tanasilaw.com |
| ***Attorney for the UNITED STATES*** | ***Attorney for Defendant*** |

/ / /

/ / /

/ / /

/ / /

- 2-

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF NEVADA, ) | CASE NO.:  2:19-cr-0133-APG-VCF |
|       Plaintiff, ) | |
| vs. ) | **ORDER ON STIPULATION** |
| ) | |
| MIRIAM ELIZABETH SUAREZ ) | |
| CONTRERAS (1), aka "Ella" aka "Liz", ) | |
|       Defendant. | |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **Sentencing Hearing** in the above-captioned matter, now scheduled for ***September 21, 2022 at the hour of 10:30 a.m.***, be vacated and continued to <u>December 28, 2022</u>, at <u>9:00 a.</u>m. in Courtroom 6C.

_____
UNITED STATES DISTRICT JUDGE
DATED: 8/29/2022

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TANASI LAW OFFICES**
8716 Spanish Ridge Ave, Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274